# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| JAMES E. SNYDER,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    CAUSE NO.: 2:23-CV-89-GSL-JEM |
| CITY OF PORTAGE, *et al.*,<br>    Defendants. | )<br>)<br>) |

## ORDER

This matter is before the Court *sua sponte*. The parties filed a status report on February 18, 2025, which indicated that the appeal in this matter remains pending, as Plaintiff has filed a motion seeking an *en banc* hearing. In addition, the underlying criminal matter, 2:16-CR-160-GSL-JEM is currently scheduled for trial beginning on September 15, 2025.

Accordingly, the Court **ORDERS** Plaintiff to file a status report with the Court within 30 days of the conclusion of case 2:16-CR-160-GSL-JEM (including the appellate process) and **DIRECTS** the Clerk of the Court to **STATISTICALLY CLOSE** this case until further order of the Court. The Court shall retain jurisdiction and the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition. This order shall not prejudice the rights of the parties to this litigation.

SO ORDERED this 24th day of February, 2025.

                                                                      s/ John E. Martin
                                                                      MAGISTRATE JUDGE JOHN E. MARTIN
                                                                       UNITED STATES DISTRICT COURT

cc:    All counsel of record